Decision Per Curiam.

---

John F. Bartleson and Evans Haile, Appellants, v. Charles W. Vincent and George B. Wheeler, as Executors of the Last Will of George T. Ross, deceased, Appellees.

(Supreme Court of Florida, Division A. July 26, 1905.)

Appeal from Circuit Court Alachua County; James T. Wills, Judge.

*Evans Haile,* for Appellants.

*W. W. Hampton,* for Appellees.

The bill in this cause was filed by the Appellees against the Appellants. There was decree for the complainants and the defendants appealed. Decree affirmed.